■ In the Matter of the Estate of HELEN C. POLLOCK, Deceased. — Motion, insofar as it seeks reargument, denied, and, insofar as it seeks leave to appeal to the Court of Appeals, motion granted on the basis of the following certified question: "Was the order of the Surrogate's Court, as affirmed by this court, properly made?" *Sua sponte,* all further proceedings in Surrogate's

Court are stayed pending hearing and determination of the appeal by the Court of Appeals, or any further application therein to vacate or modify this stay. Concur — Sandler, J. P., Asch, Bloom and Lynch, JJ.